

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00440-CV

Joe **GOMEZ** and Janie **GOMEZ**,
Appellants

v.

Thomas L. **DASHIELL**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Thomas L .Dashiell recover his costs of this appeal, if any, from appellants Joe Gomez and Janie Gomez.

SIGNED November 18, 2015.

_____
Marialyn Barnard, Justice